IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-14496-BB

_____

UZOAMAKA O. AKPELE,

         Plaintiff-
         Counter Defendant-
         Cross Defendant-
         Appellant,

J.A., et al.,
a minor,

         Cross Claimants,

versus

PACIFIC LIFE INSURANCE COMPANY,

         Defendant-
         Counter Claimant,

OPPENHEIMER & CO., INC., et al.,

         Defendants,

JEREME G. TINTLE,

         Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: HULL, MARCUS and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's denial of the motion for default judgment is not final and immediately appealable. *Mass. Cas. Ins. Co. v. Forman*, 469 F.2d 259, 260 n.1 (5th Cir. 1972).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2013

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 13-14496-BB
Case Style: Uzoamaka Akpele v. AIE Surgical Practice LLC Defi, et al
District Court Docket No: 1:12-cv-02170-WSD

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB/rvg
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter