# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UZOAMAKA O. AKPELE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION FILE** |
| | * | |
| **v.** | * | <u>**1:12-CV-02170-WSD**</u> |
| | * | |
| | * | |
| **PACIFIC LIFE INSURANCE COMPANY,** | * | |
| **OPPENHEIMER & COMPANY, INC.,** | * | |
| **JEREMY G. TINTLE, FREDERICK S.** | * | |
| **BROWN, ANN HERRERA (in her capacity as** | * | |
| **TemporaryAdministrator of the ESTATE OF** | * | |
| **IGNATIUS ESEKHAIGBE AKPELE),** | * | |
| | * | |
| **Defendants.** | * | |

---

## PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANTS OPPENHEIMER & CO., INC. AND FREDERICK S. BROWN'S MOTION TO CONFIRM ARBITRATION AWARD, TO DISMISS CLAIMS AGAINST THEM AND IN SUPPORT OF PLAINTIFF'S MOTION FOR VACATUR OF AWARD AND FOR NEW HEARING

---

**COMES NOW PLAINTIFF UZOAMAKA AKPELE (" Plaintiff")**, by and through her undersigned counsel of record Bobby C. Aniekwu and, pursuant to Rule 7.1B of the Local Rules of the Northern District of Georgia, and files her **RESPONSE IN OPPOSITION OF DEFENDANTS OPPENHEIMER & CO., INC. AND FREDERICK S. BROWN'S MOTION TO CONFIRM ARBITRATION AWARD, TO DISMISS CLAIMS AGAINST THEM AND, IN SUPPORT OF PLAINTIFF'S MOTION FOR VACATUR OF AWARD AND**

1

**FOR NEW HEARING [Doc. 70]**, showing the Honorable Court that (1) the Arbitrators were guilty of misconduct in refusing to hear evidence pertinent and material to the controversy, or of any other misbehavior by which the rights of Uzoamaka Akpele was prejudiced; and (2) the Arbitrators's Award decision was contrary to evidence, arbitrary and capricious and the Arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final and definite award upon the subject matter was not made, all in violation of the Federal Arbitration Act, **9 U.S.C. §§10(a)(3) & (4),** and therefore, the Award should be VACATED in its Entirety and a new hearing before a different Arbitration Panel should be Ordered by this Court in the interest of equity, fair play, substantial justice.

In support of her response, Plaintiff relies on all matters of record and the attached exhibits, deposition, deposition excerpts, Declaration, documents, and the brief of law filed contemporaneously with this response and counter-Motion.

Respectfully submitted, this  8th  day of __December__, 2014.

Attorney for Plaintiff

   /s/Bobby C. Aniekwu
**Bobby C. Aniekwu, Esq**.
Ga. State Bar No. 019840
404-885-1717

Bobby C. Aniekwu & Associates, LLC
127 Peachtree Street, NE
Suite 1330 - The Candler Building
Atlanta, Georgia 30303-1800
Tel: (404) 885-1717
Fax: (404) 885-1712
Email: Bobby.Aniekwu@att.net

## <u>RULE 5.1B CERTIFICATE OF TYPE, FORMAT AND FONT SIZE</u>

Pursuant to Local Rule 5.1B of the Northern District of Georgia, the undersigned certifies that the foregoing submission, was computer-processed, prepared in double spaces between lines using Times New Roman of 14 point size.

Submitted, this  8th  day of ___December_____, 2014.

/s/ Bobby C. Aniekwu
Bobby C. Aniekwu, Esq.

**Bobby C. Aniekwu & Associates**
127 Peachtree Street, N.E.
Suite 1330 - The Candler Building
Atlanta, GA 30303
404-885-1717 (phone)
404-885-1712 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this date served a true and correct copy of the

foregoing Plaintiff's Response upon Defendants' counsel, by reason of filing with

this Court using the CM/ECF electronic filing system, which will automatically

serve a copy of same to Defendants' counsel as follows:

**H. Sanders Carter & Dorothy Cornwell (Counsel for Pacific Life)**
**Ann Herrera (Temporary Administrator of Estate of Ignatius Akpele)**
**James A. Nofi, Esq. (Counsel for Oppenheimer & Frederick Brown**)
Brent Wilson (Guardian Ad Litem)

      Submitted, this 8th day of December, 2014.

                          /s/ Bobby C. Aniekwu
                          Bobby C. Aniekwu, Esq.

**4**